# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James S. Winch, | Civil No. 12-2033 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| J.C. Christensen & Associates, Inc., Resurgent Capital Services, L.P., | |
| Defendants. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  August 21, 2012

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge