UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL FILE NO.: 12-2033 RHK/LIB

| | |
|---|---|
| James W. Winch,<br><br>        Plaintiff,<br>vs.<br><br>J.C. Christensen & Associates, Inc., *a domestic corporation,* and Resurgent Capital Services, L.P., *a foreign limited partnership*<br><br>        Defendant. | **SUMMONS** |

To:   J.C. Christensen & Associates, Inc., 200 14th Avenue East, Sartell, Minnesota 56377

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorneys, whose names and addresses are:

**MARSO AND MICHELSON, P.A.**
Patrick L. Hayes (0389869)
William C. Michelson (129823)
Attorneys for Plaintiff
3101 Irving Avenue South
Minneapolis, Minnesota 55408
(612) 821-4817

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of Court within a reasonable period of time after service.

RICHARD D. SLETTEN                              8/22/12
**CLERK**                                                    **DATE**

**BY DEPUTY CLERK**