✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

James W. Winch

        Plaintiff,

V.

J.C. Christensen & Associates, Inc., a domestic corporation, and Resurgent Capital Services, L.P., a foreign limited partnership

        Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number:  12-cv-2033 RHK/LIB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the Complaint is **DISMISSED WITH PREJUDICE** on the merits and without costs, disbursements or attorney's fees to any party.

| October 30, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ Katie Thompson |
| | (By)  Katie Thompson   Deputy Clerk |